**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARTIN RAMIREZ LOPEZ, | No. 08-72204 |
| Petitioner, | Agency No. A075-576-915 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 19, 2010[**]

Before:     O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

Martin Ramirez Lopez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's order denying his application for cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. We review questions of law de novo,

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

*Castillo-Cruz v. Holder*, 581 F.3d 1154, 1158-59 (9th Cir. 2009), and we deny the petition for review.

Ramirez Lopez's contention that his conviction for violating Cal. Penal Code § 273.5(a) is not a crime of domestic violence under 8 U.S.C. § 1227(a)(2)(E)(i) because the statute of conviction encompasses minor injuries is foreclosed by *Banuelos-Ayon v. Holder*, 611 F.3d 1080, 1086 (9th Cir. 2010). Ramirez Lopez is therefore statutorily ineligible for cancellation of removal. 8 U.S.C. § 1229b(b).

**PETITION FOR REVIEW DENIED.**